IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| AKRION, INC., | : |
| and | : |
| AKRION TECHNOLOGIES, INC. | : CIVIL ACTION NO.:  2:06-CV-467 |
| Plaintiffs, | : |
| v. | : |
| PRODUCT SYSTEMS, INC. | : |
| Defendant. | : |

**STIPULATION OF DISMISSAL**

Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), plaintiffs Akrion, Inc. and Akrion Technologies, Inc. (collectively "Akrion") and defendant Product Systems, Inc. ("ProSys") on their own behalf and on behalf of any successors or assigns, hereby stipulate to the dismissal, with prejudice, of all claims asserted in this action against ProSys.  The parties also stipulate to the dismissal, without prejudice, of ProSys' counterclaim for patent infringement against Akrion.  Each party will bear its own costs, attorneys' fees and expenses.

PI-2083680 v1

Stipulated this 14th day of January, 2009.

| | |
|---|---|
| s/Charles S. Marion_____ | s/Patrick J. McElhinny_____ |
| Charles S. Marion | Patrick J. McElhinny |
| marionc@pepperlaw.com | Pa. I.D. # 53510 |
| Robert Brad McMahon | patrick.mcelhinny@klgates.com |
| mcmahonr@pepperlaw.com | Mark G. Knedeisen |
| PEPPER HAMILTON LLP | Pa. I.D. No. 82489 |
| 3000 Two Logan Square | mark.knedeisen@klgates.com |
| 18th & Arch Streets | K&L GATES LLP |
| Philadelphia, PA  19103 | 535 Smithfield Street |
| Ph (215) 981-4119 | Pittsburgh, PA 15222 |
| Fax (215) 754-4291 | Ph (412) 355-6500 |
| | Fax (412) 355-6501 |
| Christina A. Ondrick | |
| Joel M. Freed | David R. Fine |
| John R. Fuisz | Pa. I.D. # 66742 |
| MCDERMOTT WILL & EMERY LLP | david.fine@klgates.com |
| 600 Thirteenth Street NW | K&L GATES LLP |
| Washington, DC  20005 | 17 North Second Street, 18th Floor |
| Ph (202) 756-8000 | Harrisburg, PA  17101 |
| | Ph (717) 231-5820 |
| Peter J. Schuyler | Fax (724) 231-4501 |
| MCDERMOTT WILL & EMERY LLP | |
| 340 Madison Avenue | *Attorneys for Defendant Product Systems, Inc.* |
| New York, NY  10173 | |
| Ph (212) 547-5376 | |

*Attorneys For Plaintiff, Akrion, Inc., Akrion Technologies, Inc.*